Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

*13cv0633F*

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** **Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Anthony Romano (00A5352)

2. _____

-VS-

**B.** **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Kevin Ulrich C.O.
2. Joseph Cianci C.O.
3. Gary Coviello C.O.
4. Daniel Leonard C.O.
5. Roy Bell C.O.
6. Gregory Carney C.O.

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Anthony Romano (00A5352)

Present Place of Confinement & Address: Great Meadow Correctional - Facility Box51 Comstock, N.Y. 12821-0051

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

**DEFENDANT'S INFORMATION** **NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Kevin Ulrich - C.O.

(If applicable) Official Position of Defendant: Correction Officer

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: ATTICA CORRECTIONAL FACILITY
Attica, N.Y. 14011-0149

Name of Defendant: Joseph Cianci - C.O.

(If applicable) Official Position of Defendant: Correction Officer

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: ATTICA CORRECTIONAL FACILITY
ATTICA, N.Y. 14011-0149

Name of Defendant: Gary Coviello C.O.

(If applicable) Official Position of Defendant: Correction Officer

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: ATTICA CORRECTIONAL FACILITY
ATTICA, N.Y. 14011-0149

===

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.**   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
Yes ✓   No ___

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:
Plaintiff(s): Anthony Romano
Defendant(s): Kenneth, Howath - C.O. Mathew, - Karkos - C.O. Michael, Suron - C.O.

2.   Court (if federal court, name the district; if state court, name the county): United States District Court Southern District of New York,

3.   Docket or Index Number: 87 Civ. 8015 (SSR)

4.   Name of Judge to whom case was assigned: Honorable Jeds Rakoff,

2

5.    The approximate date the action was filed: _April 19, 1986_____

6.    What was the disposition of the case?

      Is it still pending? Yes____ No_✓__

      If not, give the approximate date it was resolved. _MAy_____2003_____

      Disposition (check the statements which apply):

      ____ Dismissed (check the box which indicates why it was dismissed):

            ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

            ____ By court for failure to exhaust administrative remedies;

            ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

            ____ By court due to your voluntary withdrawal of claim;

      ____ Judgment upon motion or after trial entered for

          _✓_ plaintiff

          ____ defendant.

**B.**    Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

      Yes____   No_✓_

If Yes, complete the next section.  NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

      Plaintiff(s):_____

      _____

      Defendant(s):_____

      _____

2.    District Court:_____

3.    Docket Number:_____

4.    Name of District or Magistrate Judge to whom case was assigned:_____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

      Is it still pending? Yes____ No____

      If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

_____ Disposition (check the box which indicates why it was dismissed):

      _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

      _____ By court for failure to exhaust administrative remedies;

      _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

      _____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

      _____ plaintiff

      _____ defendant.

---

## 5.  STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983.  (This list does not include **all** possible claims.)

| | | |
|---|---|---|
| • Religion | • Access to the Courts | • Search & Seizure |
| • Free Speech | • False Arrest | • Malicious Prosecution |
| • Due Process | • Excessive Force | • Denial of Medical Treatment |
| • Equal Protection | • Failure to Protect | • Right to Counsel |

**Please note that** it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.   In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).  **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) FEBUARY 17, 2011

defendant (give the **name and position held** of **each defendant** involved in this incident) ① KEVIN - C.O. ULRICH, ② JOSEPH CIANCI - C.O., GARY COVIELLO, C.O. DANIEL LEONARD, C.O. RORY BELL, C.O.

did the following to me (briefly state what each defendant named above did): ALL (10) OFFICERS THE (ABOVE) TAKEN (TURNS) PUNCHING ME IN MY FACE / FACIAL SEVERAL TIMES WHO IN PART HAS GIVIN (ME) 4 - LACERATIONS TO MY FACE, A BLACK and BLUE RIGHT EYE, AS Well AS A BROKEN RIGHT CHEEK BONE IS FRACTURED STILL, All (10) OFFICERS TAKEN TURNS KICKING & STOMPED ON Body Parts.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: EIGHT AMENDMENT - Cruel & UNUSUAL PUNISHMENT.

The relief I am seeking for this claim is (briefly state the relief sought): FOR COMPENSATORY, PUNITIVE DAMAGES, FOR ALL MY SUFFERING OF PHYSICAL INJURIES, IN THE Amount OF (1,000,000)

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? __✓__ Yes _____ No   If yes, what was the result? DENIED AFTER BEING (ASSAULTED) I WAS SENT TO A Psychiatric Hospital.

Did you appeal that decision? __✓__ Yes _____ No   If yes, what was the result? DENIED I CANNOT EXHAUST MY Remedies in a Psychiatric Hospital.

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I STILL tryed TO Exhaust All my remedies BUT I WAS STILL DENIED TO ENTER THE Grievance Department AS A (MENTAL - Patient).

**A. SECOND CLAIM:** On (date of the incident) FEBUARY 17, 2011

defendant (give the **name and position held** of **each defendant** involved in this incident) KEVIN ULRICH, C.O. JOSEPH CIANCI, C.O. GARY COVIELLO, C.O. DANIEL LEONARD, C.O. RORY BELL, C.O.

did the following to me (briefly state what each defendant named above did): ALL THE Above (10) Correction-OFFICERS HAD TAKEN (turns) - PUNCHING ME IN MY FACE/FACIAL SEVERAL TIMES, WHO IN PART HAD GIVIN (ME) 4 - LACERATIONS TO MY FACE, A BLACK & BLUE RIGHT EYE, as well as A BROKEN RIGHT CHEEK-BONE STILL (FRACTURED), ALL (10) Correction - OFFICERS TAKEN (turns) KICKING & STOMPING Body parts.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: MY EIGHT AMENDMENT, Cruel & Unusual PUNISHMENT, Use OF Excessive Force.

The relief I am seeking for this claim is (briefly state the relief sought): FOR COMPENSATORY, PUNITIVE DAMAGES, FOR All My SUFFERING OF - PHYSICAL INJURIES, (USE OF Excessive FORCE).

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes ____ No  If yes, what was the result? DENIED AFTER BEING (ASSAULTED) I was SENT To psychiatric Hospital

Did you appeal that decision? ✓ Yes ____ No  If yes, what was the result? DENIED I (CANNOT) Exhaust My REMEDIES in a psychiatric Hospital

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I TRIED TO Exhaust My remedies I ENTERED THE GRIEVANCE to LATE.

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

**6. RELIEF SOUGHT**

*Summarize the relief requested by you in each statement of claim above.*

I WANT THE (Courts) TO (RELIEF) ME OF THE AMOUNT OF (1,000,000) FOR All My PAIN & - SUFFERING, PHYSICAL INJURIES, MENTAL-Anguish, Postraumatic stress Disorder, PERMANENt-Disability.

Do you want a jury trial? Yes ✓ No ____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _MAY 24, 2013_

(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_Anthony Romano (00AS352)_

_Anthony Romano_
_(00AS352)_

Signature(s) of Plaintiff(s)

7

DEFENDANT'S INFORMATION NOTE

Name of Defendant DANIEL LEONARD C.O.
(If Applicable) OFFICIAL POSITION OF Defendant
CORRECTION OFFICER
(If Applicable) Defendant is Sued in
INdividual and/or ✓ OFFICIAL
CAPACITY
Address of Defendant ATTICA CORRECTIONAL
FACILITY
ATTICA, N.Y. 14011-0149

Name of Defendant ROY BELL C.O.
(If Applicable) OFFICIAL position of Defendant
CORRECTIONAL OFFICER
(If Applicable) Defendant is Sued in
✓ Individual and/or ✓ OFFICIAL
CAPACITY
Address of Defendant ATTICA, CORRECTIONAL
FACILITY
ATTICA, N.Y. 14011-0149

Name of Defendant GREGORY CARNEY C.O.
(If Applicable) OFFICIAL postion of Defendant
CORRECTION OFFICER
(If Applicable) Defendant is Sued in
✓ Individual and/or ✓ OFFICIAL
CAPACITY
Address of Defendant
ATTICA CORRECTIONAL FACILITY
ATTICA, N.Y. 14011-0149

DEFENDANTS INFORMATION NOTE

Name of Defendant JEFFREY HAZARD C.O.
(If Applicable) OFFICIAL POSTON OF Defendant
CORRECTION OFFICER
(If Applicable) Defendant is Sued
✓ individual and/or ✓ OFFICIAL
CAPACITY
Address of Defendant ATTICA, CORRECTIONAL
FACILITY,
ATTICA, N.Y. 14011-0149

Name of Defendant BRIAN FEENEY
(If Applicable) OFFICIAL POSTON OF Defendant
CORRECTION OFFICER
(If Applicable) Defendant is Sued
✓ individual and/or ✓ OFFICIAL
CAPACITY
Address of Defendant ATTICA, CORRECTIONAL
FACILITY,
ATTICA, N.Y. 14011-0149

Name of Defendant JEFFREY LACAPRUCCIA
(If Applicable) OFFICIAL POSTON OF Defendant
CORRECTION OFFICER
(If Applicable) Defendant is Sued
✓ individual and/or ✓ OFFICIAL
Address of Defendant ATTICA CAPACITY
CORRECTIONAL FACILITY,
ATTICA, N.Y. 14011-0149

DEFENDANTS INFORMATION NOTE

NAME of Defendant JEFFREY MILLER C.O.
(If Applicable) OFFICIAL POSTION OF Defendant
CORRECTION OFFICER
(If Applicable) Defendant is Suecl in
     ✓ INdividual and/or     ✓     OFFICIAL
                                   CAPACITY
Acldress OF Defendant ATTICA, CORRECTIONAL
FACILITY.
ATTICA, N.Y. 14011-0149

                                  (SERGEANT)
NAME of Defendant MARK CUNNINGHAM
(If Applicable) OFFICIAL POSTION of Defendant
(SERGEANT) Sgt,
(If Applicable) Defendant is Suecl in
     ✓ INdividual and/or     ✓     OFFICIAL
                                   CAPACITY
Acldress OF Defendant ATTICA, CORRECTIONAL
FACILITY
ATTICA, N.Y. 14011-0149

A. FIRST CLAIM on (date of the incident)
February 17, 2011
defendant (give the Name And position held
of each defendant involved in this incident)
GREGORY CARNEY - C.O. JEFFREY-
HAZARD; C.O. BRIAN FEENEY - C.O.
JEFFREY LACAPRUCCIA, C.O. JEFFREY-
MILLER - C.O.
SERGEANT-MARK CUNNINGHAM Sgt.

A. SECOND CLAIM: ON (date of the incident
February 17, 2011
defendant (give the Name and position held
of each defendant involved in this Incident)
GREGORY CARNEY, C.O. JEFFREY-
HAZARD, C.O. BRIAN FEENEY, C.O.
JEFFREY LACAPRUCCIA, C.O.
JEFFREY MILLER, C.O.
SERGEANT Sgt, MARK CUNNINGHAM,

## Exhaustion of your Administrative Remedies For this Claim

I ONLY NEED TO TELL THE COURTS
UPON EXHAUST REMEDIES ARE THE
FOLLOWING REASONS WHY?

FIRST - AFTER THE (ASSAULT) I WAS
        PLACED AT THE FACILITYS
INFIRMARY ON THE 21ST DAY
OF TO FILE ANY GRIEVANCE. THEN
I WAS PLACED INTO A STRIPPED
CELL CALLED OBS. FOR OBSERVATION
IN AN M.H.U. UNIT MENTAL - HOUSEING
UNIT FOR (MENTAL - PATIENTS). THEN
I WAS SENT TO A PSYCHIATRIC -
HOSPITAL FOR A 6 MONTH RENTENTION
WITHOUT A (LAW - LIBRARY) OR NOT
KNOWING ANY TIME - LIMITS ON ANY
GRIEVANCE UNDER THE INFLUENCE
OF PSYCHOTROPIC - PSYCHE -
MEDICATIONS Period. SO I TRYED
AND I TRYED TO GET BACK TO THE
GRIEVANCE Department AFTER SO LONG
SEVERAL - MONTHS LATER AFTER SO, SO,
MUCH PAIN & SUFFERING, MENTAL -
ANGUISH, DEPRESSED, PTSD, POSTRAUMAT-
IC STRESS DISORDER, AS WELL AS
PERMANENT - DISABILITYS, BESIDES BEING
IN A MENTAL - HOSPITAL.

PART OF MY MOTION ON BEHALF
OF MY §1983 42 U.S.C. CIVIL
RIGHTS ACTION SEEK LETTER
TO CIVIL-COURTS.

ON JANUARY 12 2012 A Mr. ORTIZ
HAD COME TO VISIT ME ON BEHALF
OF THIS INCIDENT (USE OF EXCESSIVE
FORCE) ASSAULT by CORRECTIONAL
OFFICERS THAT TAKEN PLACE IN
ATTICA CORRECTIONAL FACILITY HE WAS
FROM THE INSPECTORS-GENERALS
OFFICE ONLY TO INVESTIGATE
THIS INCIDENT WHILE HERE IN
GREAT MEADOW CORRECTIONAL FACILITY.
SO THE (INSPECTOR GERENAL) DID
COME VISIT ME FOR MY PROOF
by THEM BUT HEY THE I.G.
HAD NEVER GOTTEN BACK TO ME
ON THIS MATTERS ON JANUARY 12, 2012,
HERE WHILE AT Comstock. JUST TO
BRING THIS TO THE COURTS-
ATTENTION I ONLY ASSUME THERE
WAS SOME KIND OF INVESTIGATION
ON MY BEHALF FROM I.G. themselves.

CC/FILE                    RESPECTFULLY
ROMANO                     yours
00A5352                    Anthony Romano
MAY 24, 2013               ANTHONY ROMANO
                           (00A5352)

| | | Grievance Number<br>A-57680-10 | Desig./Code<br>I/44 | Date Filed<br>12/6/10 |
|---|---|---|---|---|
| | STATE OF NEW YORK<br>DEPARTMENT OF<br>CORRECTIONAL<br>SERVICES | Associated Cases | | |
| | | Facility<br>Attica Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE | | Title of Grievance<br>Grievances Not Filed | | |

3/2/11

## GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted in part.

CORC notes that a review of the Clerk's log indicates that none of the six grievances listed by the grievant were received or processed by the IGRC.   There are, however, six grievances logged from him between 8/27/10 and 11/17/10, and the IGP Supervisor provided him with the status of these grievances on 12/6/10. The IGP Supervisor reports that all the grievances have been responded to, and all answers have been forwarded to him.  There is no indication that his grievances have been consolidated.

With regard to the grievant's appeal, CORC has not been presented with sufficient evidence to substantiate any malfeasance by IGRC staff, or that his grievances are not being filed.   CORC advises him to address any further concerns regarding the status of his grievances to the IGP Supervisor for the most expeditious means of resolution.  CORC notes that Directive #4040, Section 701.1, states, in part, that the grievance program is not intended to support an adversary process.


RCE/sl
-------------------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------------------------------



This document has been electronically signed by Jeffery A. Hale



# *MEMO* — ATTICA CORRECTIONAL FACILITY

### INMATE GRIEVANCE PROGRAM

**TO:**     A. Romano, 00A5352, Marcy CNYPC

**FROM:**   George D. Struebel, IGP Supervisor

**SUBJ:**   Your attempted Grievance

**DATE:**   5/19/11

Your attempted grievance cannot be accepted and is being returned to you for the following reasons;

**1. Grievances must be filed within 45 days of the grieved event.** Your event happened over 90 days ago.

**2. Grievances cannot be filed in a facility in which you do not house; you are no longer housed in Attica C. F.**

**3. You are currently not even in the custody of the Department of Correctional and Community Servives; you are in the custody of the NYS Mental Health Department. As such, you cannot file grievances with this department.**

# MEMO  ATTICA CORRECTIONAL FACILITY

### INMATE GRIEVANCE PROGRAM

**TO:**  A. Romano, 00A5352, Marcy CNYPC
**FROM:**  George D. Struebel, IGP Supervisor
**SUBJ:**  Your letter of %/24/11
**DATE:**  5/31/11

I refer you to my memo of 5/19/11. You cannot file a grievance in this facility; you do not reside here. You cannot file a grievance on situations from months ago; there is 45 day time restriction. You cannot file a grievance on a claim decision; appeal the claim.

P.S. Make sure you put your DIN on all correspondence.

# *MEMO*  ATTICA CORRECTIONAL FACILITY

INMATE GRIEVANCE PROGRAM

**TO:** A. Romano, 00A5352, CNYPC
**FROM:** George D. Struebel, IGP Supervisor
**SUBJ:** Your 5/31/leet to Supt. Bradt.
**DATE:** 6/3/11

The above has been referred to me for response.  I refer you to my memos to you of 5/31 and 5/19.  there is no exception to this restriction.

*MEMO* ATTICA CORRECTIONAL FACILITY

INMATE GRIEVANCE PROGRAM

**TO:**      **A. Romano, 00A5352, Cnypc**
**FROM:**  **George D. Struebel, IGP Supervisor**
**SUBJ:**   **Your correspondence received today**
**DATE:**   **6/10/11**

I have responded to you on this matter previously.  I refer you to my memos to you of 5/19/11, 5/31/11, and 6/3/11.  The answer has not changed and will not change.

# STATE OF NEW YORK-DEPARTMENT OF CORRECTIONAL SERVICE

## ATTICA CORRECTIONAL FACILITY

**TO:**       Anthony Romano 00A5352 CNYPC

**FROM:**     SANDRA PRUSAK, INMATE RECORDS COORDINATOR II

**SUBJECT:   FREEDOM OF INFORMATION LAW-FOIL REQUEST**

**DATE:**      August 1, 2011

_____ 1. This is to acknowledge receipt of your request under Freedom of Information. Said request is being reviewed and you will be notified of the results of this Review

_____ 2. A review of your records indicate the documents you requested will require a fee of $.50. The photocopying fee is $.25 per page. Upon receipt of your signed Disbursement form stamped by your Hall Captain, the records that you requested will be forwarded to you.

_____ 3. Your FOIL request has been denied. The reason for such denial is as follows:
_____A. No such records exists. Please be more specific as what you are requesting.
_____B. Information received from you is vague, you must be specific about the documents you are requesting, dates, etc....
_____C. No source area signature on disbursement.
_____D. The document you have requested would compromise the safety and security of the facility/or it is confidential or personal.
_____E. Dissemination of your Pre Sentence Investigation Report and RAP sheet by this office to you is prohibited by statute. (CPL 390.50)
_____F. Records are pre-decisional inter-agency material and are exempt from disclosure.
_____G. Records are evaluative and are exempt from disclosure.
_____H. Insufficient Funds (NOTICE: If original requests relates to hearing please review Directive 2010, VII, H.)
_____I. No previous FOIL request was received by this office.

_____4. Your sentencing minutes and/or certificate of conviction are not contained in your central file, you must write to the court in the county in which you were sentenced to request it from them.
_X 5. Your request has been forwarded to the Medical/Guidance/Parole/Business Office/FRP/ Food Service/OMH/Mess Hall/Grievance/Disciplinary/Correspondence/ Law Library/Disciplinary Chaplins/Contraband for their action.  Please address any concerns you may have with that Office.
_____ 6. You must write to  Correctional Facility. That record does not exist at this facility.
_____7. You will be hearing something in the near future regarding your review request.

If you do not agree with this decision, you may contact in writing:
Counsel's Office, Building 2  1220 Washington Ave. Albany, NY 12226.

sp: lp
cc: File

# ATTICA CORRECTIONAL FACILITY

## Office of the Superintendent

## M E M O

**To:**  _Romano_  _00A5352_  _CNYPC_
                   NAME                 DIN             CELL

**From:**  Mark L. Bradt, Superintendent  _M.Bradt_

**Date:**  _7-29-11_

**Subject:**  Inmate Note Dated _7-20-11_  Received on _7-29-11_

_____  Your complaint has been received.  The Inmate Grievance Program (per Directive 4040) handles allegations of harassment or unlawful discrimination, therefore, your letter is being forwarded to the Inmate Grievance Office for processing.

_____  I am investigating your letter and as soon as I have sufficient information, I will reply.

_____✓_____  Your letter has been referred to the below-named person.  Any further correspondence on this matter should be referred to this person.

_____  Your grievance/letter has been referred to the below-named person.  Any further correspondence on this matter should be referred to this person.

_____  Your time cut request has been referred to the Deputy Superintendent for Security for response.

_____  Your marriage request has been referred to the Deputy Superintendent for Programs for processing and response.

MLB.bcm

c.  _Capt Brown_

       file

# Attica Correctional Facility Memorandum

**TO:** A. Romano, 00a5352, Great Meadow ICP

**From:** Mr. Janes, IGPS

**Subject:** Your attempted grievance

**Date:** November 09, 2011

Regarding your attempted grievance; it is being returned to you. We can NOT file it. Grievances must be filed at the facility that you are currently housed in. You are not an inmate at this facility. Additionally, it is well beyond time frames for filing. A grievance must be filed within 21 days of an alleged incident. The IGP Supervisor may grant an exception to the time limit based on mitigating circumstances. An exception to the time limit may NOT be granted more than 45 days after an alleged occurrence. This complaint is also well beyond time limits even when considering mitigating circumstances. If you have any questions please refer to directive 4040. Again, the Attica Inmate Grievance Program can not file your attempted grievance and it is being returned to you.

CC: Supt. M. Bradt
    IGPS Great Meadow C.F.

I am filing This grievance exercising
My guaranteed and Protected rights Under
The Constitution of The United States of
America.
⠀⠀⠀⠀I am exercising My right Under The
First Amendment (freedom of Speech and, The
right To redress My grievances) due To The fact
That My Constitutional rights have been Violated
and, are not Time barred by Correctional Standards.
⠀⠀⠀⠀Under The fourteenth Amendment, My
right To The (due Process of The law and, The
equal Protection of The law) are To be Protected and,
this is why Mr._____ I resubmit This grievance
asking That My guaranteed rights be Protected.
⠀⠀⠀⠀On Feb 17 2011 My eighth Amendment
right was Violated when I was assulted by Staff
at Attica Facility.

⠀⠀⠀⠀I Know That I am not currently being held
by (DOCS) aT The Present Time, but, you and I
Know That I will be returned To (DOCS) one day
in The near future.
⠀⠀⠀⠀I fear for My life and Safety, and This is
why I now file This grievance.

AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                           ) ss. :
COUNTY OF WASHINGTON  )

I, ANTHONY ROMANO, being duly sworn, depose and say that on the 12, day of JUNE, 2001 3, Petitioner/Defendant/Claimant, served upon the defendant/respondent the annexed document(s) identified as:

Motion To U.S. District Court Western District of New York §1983 42 U.S.C. Civil-Rights Action,

upon the following party:

by placing the same in the mailbox at the Great Meadow Correctional Facility, under the exclusive care and custody of the United States Postal Service, by regular first class mail/certified return receipt mail/ other.

_Anthony Romano_

Sworn to before me this

12 day of June, 2013.

_____
NOTARY PUBLIC

JAMES M. TERRIO
Notary Public - State of New York
No. 01TE6217805
Qualified in Washington County
My Commission Expires February 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

U.S.C.A. Docket No. _____

CERTIFICATE
OF SERVICE

ANTHONY ROMANO
(00A5352)

V. *Case Caption*

KEVIN ULRICH, JOSEPH CIANCI,
GARY COVIELLO, DANIEL LEONARD,
RORY BELL, GREGORY CARNEY,

JEFFREY HAZARD,
BRIAN FEENEY,
JEFFREY LACAPRUCCIA,
JEFFREY MILLER,
MARK CUNNINGHAM, Sergeant

I. ANTHONY ROMANO hereby certify under the penalty
   NAME

of perjury that on the 24, day of MAY 2013. I
                        DAY        MONTH      YEAR

served by United States Mail or hand delivery the MOTION,

§1983 42 U.S.C. CIVIL-RIGHTS ACTION
(NAME OF DOCUMENT: Motion, Brief, Letter, etc.)

on the following:

U.S. District Court
NAME
WESTERN District
OF NEW YORK
200 U.S. Courthouse
2 Niagara Square
Buffalo, N.Y. 14202
ADDRESS

(00A5352)
ANTHONY ROMANO
NAME
Great Meadow Corr
FACILITY. Box 51
Comstock, N.Y. 12821-
0051
ADDRESS

_____
Anthony Romano
SIGNATURE